# In the United States District Court for the Southern District of Georgia Waycross Division

| | | |
|---|---|---|
| FRANKLIN L. WILLIAMS, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:15-cv-63 |
| | * | |
| v. | * | |
| | * | |
| WARDEN, F.S.L. JESUP, GA, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's May 16, 2016, Report and Recommendation, dkt. no. 9, to which Petitioner Franklin Williams ("Williams") has filed Objections, dkt. no. 11. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Williams' Objections. Consequently, the Court **DISMISSES** Williams' Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241. Additionally, the Court **DENIES** Williams leave to appeal *in forma pauperis*. The Clerk of

Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 17 day of June, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA